STATE OF NORTH CAROLINA v. JEROME POWELL

No. 7529SC142

(Filed 18 June 1975)

**Criminal Law §§ 155.5, 159— failure to docket record in time allowed by court — absence of judgment**

Appeal is subject to dismissal where the record on appeal was not docketed within the time allowed in an order granting *certiorari* and no judgment appears in the record.

ON *writ of certiorari* to review the proceedings before *Winner, Judge.* Judgment entered October 1974 in Superior Court, HENDERSON County. Argued in the Court of Appeals 27 May 1975.

Defendant was indicted for armed robbery. He pleaded not guilty, but a verdict of guilty as charged was returned, and an active sentence was imposed.

*Attorney General Edmisten, by Assistant Attorney General Charles J. Murray, for the State.*

*Robert J. Deutsch, for the defendant-appellant.*

BROCK, Chief Judge.

We granted *certiorari* on 12 February 1975 in an order providing that the record on appeal be docketed by 17 February 1975. The record was docketed on 19 February 1975, two days late. This case is thus subject to dismissal in our discretion.

We take note of the fact that no judgment, from which an appeal may be taken, appears in the record. For this further

reason the appeal is subject to dismissal. We ordered the judgment to be certified to this Court as an addendum to the record on appeal.

We have carefully considered both the record on appeal and the briefs of counsel. In our opinion there was no prejudicial error in defendant's trial.

No error.

Judges MORRIS and HEDRICK concur.